THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROSARIO DI MAGGIO, Appellant, against VERNON A. MORHOUS, as Warden of Great Meadow Prison, Respondent.— Application for leave to appeal to the Court of Appeals. Application granted and this court certifies that questions of law are involved which in its opinion ought to be reviewed by the Court of Appeals. Present — Foster, P. J., Bergan, Coon, Halpern and Imrie, JJ. [See ante, p. 991.]